# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>AUSTON KENDRICK,<br><br>Defendant. | Case No.: 3:20-CR-311-GPC<br><br>**JUDGMENT AND ORDER GRANTING THE UNITED STATES' MOTION TO DISMISS THE COMPLAINT AND INDICTMENT** |

The United States' Motion to Dismiss the Complaint and Indictment (ECF No. 36) is hereby GRANTED. The Complaint (ECF No. 1) and Indictment (ECF No. 12) are DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: May 14, 2020

Hon. Gonzalo P. Curiel
United States District Judge